**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

―――――――――

**No. 02-7176**

―――――――――

In Re:    WALTER   JACOB   DAVIS,   a/k/a   Marcus
Swanson,

                                           Petitioner.

―――――――――

On Petition for Writ of Mandamus.
(CR-94-73, CA-01-59)

―――――――――

Submitted:  September 18, 2002      Decided:  November 14, 2002

―――――――――

Before WILKINS, MICHAEL, and KING, Circuit Judges.

―――――――――

Petition denied by unpublished per curiam opinion.

―――――――――

Walter Jacob Davis, Petitioner Pro Se.

―――――――――

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Walter Jacob Davis, a North Carolina inmate, petitions this court for a writ of mandamus directing the district court to act on his 28 U.S.C. § 2255 (2000) motion. Our review of the district court docket sheet in that action reveals that after Davis filed his mandamus petition, the district court entered a final order dismissing Davis' § 2255 motion. Accordingly, although we grant Davis leave to proceed in forma pauperis, we deny the mandamus petition as moot and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

PETITION DENIED